UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
D.O. NELSON ZIETS, et ano.,

                Plaintiff,

-against-                               06 Civ. 4883 (LAK)

T. PARK CENTRAL, LLC,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<pre>
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/06
</pre>

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The action is dismissed for lack of subject matter jurisdiction.

        SO ORDERED.

Dated:     July 20, 2006

                                                  _____
                                                        Lewis A. Kaplan
                                                   United States District Judge